Submitted April 3, reversed April 29, 2009

In the Matter of L. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

L. B.,
*Appellant.*

Multnomah County Circuit Court
080869061; A140093

206 P3d 1211

Liza Langford filed the brief for appellant.

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Kailana Piimauna, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

The trial court entered a judgment of involuntary commitment based on its finding that appellant suffers from a mental disorder that renders her unable to meet her basic needs. On appeal, appellant argues that the record lacks sufficient evidence to support the trial court's findings. The state concedes the insufficiency of the evidence. On *de novo* review, we agree that the evidence is insufficient.

Reversed.